UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Order Filed on
**2/20/2004**
by Clerk U.S. Bankruptcy
Court District of New Jersey

| | |
|---|---|
| In Re: Robert A. Storino, Debtor | Case No.: 98-45277 RTL |
| Robert A. Storino, Plaintiff, | Adv. No.: 01-3073 |
| v. | Hearing Date: February 20, 2004 |
| Boston College, Graduate Loan Center and Educational Credit Management Corporation, Defendant. | Judge: Hon. Raymond T. Lyons, U.S.B.J. |

ORDER FOR JUDGMENT

The relief set forth on the following page is hereby **ORDERED**.

**DATED: 2/20/2004**

Honorable Judge Raymond T. Lyons
United States Bankruptcy Judge

**(Page 2)**

Debtor:   Robert A. Storino

Case No:   98-45277  RTL

Adversary Proc.  01-3073

Caption of Order:   Order for Judgment

---

The following order is hereby entered:

    This matter came on for trial on February 20, 2004 in the presence of Kelly & Brennan, attorneys for plaintiff/debtor (Peter Tober, Esq. appearing); Porzio, Bromberg & Newman, P.C., attorneys for The Educational Resources Institute, Inc., (Thomas Rattay, Esq. appearing); Newman & Simpson, L.L.P., attorneys for Massachusetts Educational Financing Authority (Elliott Joffe, Esq., appearing); and Richard G. Downing, II, Esq., attorney for Educational Credit Management Corporation, and the court having determined that the plaintiff/debtor has failed to meet his burden of proving dischargeability under 11 U.S.C. § 523(a)(8);

    **IT IS ORDERED** that judgment be entered determining that the plaintiff/debtor's debts to the defendants are nondischargeable.

*Approved by Judge Raymond T. Lyons  February  20, 2004*